AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOSHUA D. BRODSKY,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:15-cv-00506-RCJ-VPC

WILLIAMS, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint (ECF No. 1-2) is dismissed with prejudice in its entirety, for failure to state a claim.
    **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

    March 31, 2016                            **LANCE S. WILSON**
                                                  Clerk

                                                  /s/ K. Rusin
                                                  Deputy Clerk